**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br>         Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS, <br>         Defendant. | Case No. 6:15-cv-00045 |

NOTICE OF APPEARANCE

Plaintiff, Adaptix, Inc., files this Notice of Appearance and hereby notifies the Court that Kevin Gannon of Hayes, Messina Gilman & Hayes LLC, 200 State Street, Sixth Floor, Boston, Massachusetts 02109, is appearing on behalf of Adaptix, Inc. in the above matter.

Dated:  April 29, 2015

/s/ *Kevin Gannon*
Kevin Gannon
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on April 29, 2015. As of this date, all counsel of record who have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

      /s/ *Kevin Gannon*
      Kevin Gannon