# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ADAPTIX, INC.,
      Plaintiff,

v.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,
      Defendant.

Case No. 6:15-cv-00045

## NOTICE OF APPEARANCE

Plaintiff, Adaptix, Inc., files this Notice of Appearance and hereby notifies the Court that James J. Foster of Hayes Messina Gilman & Hayes LLC, 200 State Street, Sixth Floor, Boston, Massachusetts 02109, is appearing on behalf of Adaptix, Inc. in the above matter.

Dated:  April 29, 2015

/s/ *James J. Foster*
James J. Foster
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: jfoster@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on April 29, 2015. As of this date, all counsel of record who have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

<u>/s/ *James J. Foster*                                    </u>
James J. Foster