UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS. <br><br> Defendant. | CASE NO. 6:15-cv-45-RWS <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF CORTNEY C. HOECHERL IN SUPPORT OF DEFENDANT VERIZON'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Cortney C. Hoecherl, hereby declare as follows:

1. I am an attorney with Wilmer Cutler Pickering Hale and Dorr LLP, representing Cellco Partnership d/b/a/ Verizon Wireless ("Verizon" or "Defendant") in the above-captioned action. I submit this declaration in support of Defendant Verizon's Reply Brief in Support of its Motion to Transfer Venue. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. Attached hereto as **Exhibit W** is a true and accurate copy of Adaptix's Amended Trial Witness List, purportedly served on April 30, 2015, in Case No. 6:12-cv-00017.

3. Attached hereto as **Exhibit X** is a true and accurate copy of Adaptix's Motion to Compel Source Code, filed in the Southern District of California (San Diego), Case No. 3:14-cv-

01148-LAB-BLM, obtained from the United States District Court, Central District of California Document Filing System.

4. Attached hereto as **Exhibit Y** is a true and correct copy of the unpublished opinion, *Am. Vehicular Scis., LLC v. Hyundai Motor Co. et al.*, Case No. 6:12-cv-00774, (E.D. Tex., July 29, 2014), obtained from the United States District Court, Eastern District of Texas Document Filing System.

5. Per my searching on Orbitz.com, the shortest commercial flight from Akron-Canton Regional Airport to Tyler, Texas is a 6 hour and 53 minute flight on American Airlines *with two stopovers* in Charlotte, North Carolina and Dallas, Texas. Per my searching on Orbitz.com, the shortest commercial flight from Akron-Canton Regional Airport to the San Francisco Bay Area is a 7 hour and 3 minute flight on United Airlines *with a stopover* in Chicago, Illinois.

6. Per my searching on Orbitz.com, the shortest commercial flight from Denver, Colorado to Tyler, Texas is a 3 hour and 44 minute flight on American Airlines *with a stopover* in Dallas, Texas. Per my searching on Orbitz.com, the shortest *direct* commercial flight from Denver, Colorado to the San Francisco Bay Area is a 2 hour and 37 minute flight on Frontier Airlines from Denver International Airport to San Francisco International Airport.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 4, 2015, in Palo Alto, California

*Cortney C. Hoecherl*
Cortney C. Hoecherl