# EXHIBIT W

# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., § | |
| Plaintiff § | |
| v. § | Case No. 6:12-cv-00017 |
| § | |
| AT&T MOBILITY LLC, LG § | |
| ELECTRONICS, INC., AND § | |
| LG ELECTRONICS USA, INC., § | |
| Defendants § | |

## PLAINTIFF'S AMENDED TRIAL WITNESS LIST

Plaintiff, Adaptix, Inc. ("Adaptix"), submits this Amended Trial Witness List for identification and categorization of trial witnesses.

At this time, Adaptix identifies the following witnesses for trial:

| No. | Witness | Will Call | May Call | Live/Depo |
|---|---|---|---|---|
| 1 | **Michael Caloyannides** 2606 Liz Court Herndon, VA 20171  Infringement and Validity Expert | X | | Live |
| 2 | **Nigel Jones** The Barr Group  Infringement - Source Code Expert | X | | Live |
| 3 | **Philip Green** Hoffman & Alvary Co.  Damages Expert | X | | Live |
| 4 | **Matthew Vella** Adaptix, Inc.  Adaptix general, infringement, licensing, and damages. | X | | Live |
| 5 | **Curtis Dodd** Adaptix, Inc. | | X | Live |

06089383

| | | | | |
|---|---|---|---|---|
| | Adaptix general, infringement, licensing, and damages. | | | |
| 6 | **Marvin Key**<br>Adaptix, Inc.<br><br>Adaptix general, licensing, and damages. | | X | Live |
| 7 | **Michael Pisterzi**<br>1809 Cliff View Drive<br>Plano, TX 75093<br><br>Infringement, Adaptix general and damages | | X | Live or by deposition |
| 8 | **Clayton Haynes**<br>Adaptix, Inc.<br><br>Adaptix general, licensing, and damages. | | X | Live |
| 9 | **Christian Dubuc**<br>Adaptix, Inc.<br><br>Infringement and validity. | | X | Live |
| 10 | **Wolfgang Mack**<br>2650 Union Street<br>San Francisco, CA 94123<br><br>Broadstorm general, validity and authentication | | X | Live or by deposition |
| 11 | **Hui Liu**<br><br>Inventor of the patents-in-suit | | X | Live or by deposition |
| 12 | **Vern Fotheringham**<br>901 Southwest Granite Lane<br>North Bend, WA 98045<br><br>Broadstorm general, validity and authentication | | X | Live or by deposition |
| 13 | **Byron Young**<br>1940 Noel Drive<br>Los Altos, CA 92404<br><br>Adaptix general and authentication | | X | Live or by deposition |
| 14 | **Timothy Montgomery**<br>4541 North Versailles Avenue<br>Dallas, Texas 75205<br><br>Adaptix general and authentication | | X | Live or by deposition |
| 15 | **Nick Thomas** | | X | Live |

|    |                                                              |   |   |             |
|----|--------------------------------------------------------------|---|---|-------------|
|    | Adaptix general and authentication                           |   |   |             |
| 16 | **Richard Xu**<br><br>Adaptix general and authentication     |   | X | Live        |
| 17 | **Lori Hicks**<br><br>Adaptix general and authentication     |   | X | Live        |
| 18 | **David Schlesinger**<br>Self-employed<br><br>Background/liability |   | X | Live        |
| 19 | **Jonathan Down**<br><br>Adaptix general and authentication  |   | X | Live        |
| 20 | **Ross Viguet**<br>Norton Rose Fulbright<br><br>Validity     |   | X | Live        |
| 21 | **Robert Greeson**<br>Norton Rose Fulbright<br><br>Validity  |   | X | Live        |
| 22 | **Michael Mallie**<br>Blakely, Sokoloff & Zafman<br><br>Validity |   | X | Live        |
| 23 | **Francis Dominique**<br>Alcatel-Lucent USA, Inc.<br><br>Infringement and damages |   | X | Deposition |
| 24 | **Wayne Hegde**<br>Qualcomm, Inc.<br><br>Infringement/source code |   | X | Deposition |
| 25 | **Lijen Lin**<br>Qualcomm, Inc.<br><br>Infringement/source code |   | X | Deposition |
| 26 | **Christian Skarby**<br>Ericsson, Inc.<br><br>Infringement and damages |   | X | Deposition |
| 27 | **Matias Wahlqvist**<br>Ericsson, Inc.<br><br>Infringement and damages |   | X | Deposition |

| 28 | **Joseph A. Tarallo**<br>Alcatel-Lucent USA, Inc.<br><br>Infringement and damages | | X | Deposition |
|---|---|---|---|---|
| 29 | **Young Dae Kim**<br>LG Electronics, Inc.<br><br>Accused products, infringement and damages. | | X | Live or by deposition |
| 30 | **Scott Prather**<br>AT&T Mobility, Inc.<br><br>Infringement and damages | | X | Live or by deposition |
| 31 | **Stephen Pentlicki**<br>AT&T Mobility, Inc.<br><br>Infringement and damages | | X | Live or by deposition |
| 32 | **Laurie Bigler**<br>AT&T Mobility, Inc.<br><br>Infringement and damages | | X | Live or by deposition |
| 33 | **Michael Prise**<br>AT&T Mobility, Inc.<br><br>Infringement and damages | | X | Live or by deposition |
| 34 | **Steven Fricke**<br>Microsoft Corporation<br><br>Damages and licensing | | X | Deposition |

The above list includes witnesses that Adaptix intends to call live at trial and those whose testimony Adaptix intends to present by videotaped or written deposition. Adaptix reserves the right to call a witness named or designated by any defendant herein and to present the testimony of any of the witnesses identified above by deposition in lieu of live testimony at trial. Adaptix reserves the right to amend and/or supplement this list in response to any disclosures by defendants and/or as may be needed to rebut any facts or evidence presented by defendants at trial. Adaptix also reserves the right to call any witnesses identified on the witness list of any defendant herein.

Dated:  April 30, 2015	/s/  Kevin Gannon
Paul Hayes
phayes@hayesmessina.com
James J. Foster
jfoster@hayesmessina.com
Kevin Gannon
kgannon@hayesmessina.com
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel:  (617) 439-4200
Fax: (617) 443-1999

Charles Craig Tadlock
craig@tadlocklawfirm.com
Keith Bryan Smiley
Keith@tadlocklawfirm.com
**TADLOCK LAW FIRM**
2701 Dallas Parkway
Suite 360
Plano, Texas 75093
Tel:  (903) 730-6789

ATTORNEYS FOR PLAINTIFF
ADAPTIX, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served this 30th day of April, 2015 on counsel for the defendants in this case by electronic mail to:


/s/  Kevin Gannon