IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

## ORDER REFERING CASES

The following styled and numbered causes are hereby **REFERRED** to United States Magistrate Judge John D. Love to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

| Civil Case Referred to U.S. Magistrate Judge Love | |
|---|---|
| 6:15-cv-041 | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. et al |
| 6:15-cv-042 | Adaptix, Inc. v. Ericsson, Inc. et al |
| 6:15-cv-043 | Adaptix, Inc. v. AT&T, Inc. et al |
| 6:15-cv-044 | Adaptix, Inc. v. Sprint Spectrum, L.P. |
| 6:15-cv-045 | Adaptix, Inc. v. Cellco Partnership d/b/a Verizon Wireless |
| 6:15-cv-085 | VideoSqope, LLC v. Advance Stores Company, Inc. dba Advance Auto Parts, Inc. |
| 6:15-cv-088 | VideoSqope, LLC v. Roadside Access, Inc. |
| 6:15-cv-239 | Rothschild Location Technologies LLC v. AT&T Mobility LLC |
| 6:15-cv-240 | Rothschild Location Technologies LLC v. Sprint Spectrum L.P. |
| 6:15-cv-241 | Rothschild Location Technologies LLC v. T-Mobile USA, Inc. |
| 6:15-cv-242 | Rothschild Location Technologies LLC v. Cellco Partnership d/b/a Verizon Wireless |
| 6:15-cv-244 | Rothschild Location Technologies LLC v. Motorola Solutions, Inc. |
| 6:15-cv-245 | Rothschild Location Technologies LLC v. Redtail Telematics Corporation |
| 6:15-cv-246 | Rothschild Location Technologies LLC v. Webtech Wireless (USA) Inc. |
| 6:15-cv-247 | Rothschild Location Technologies LLC v. Global Tracking Communications, Inc. |
| 6:15-cv-253 | Rothschild Location Technologies LLC v. InTouch GPS, LLC |

| | |
|---|---|
| 6:15-cv-256 | Rothschild Location Technologies LLC v. Leica Geosystems Inc. |
| 6:15-cv-258 | Rothschild Location Technologies LLC v. Raven Industries, Inc. |
| 6:15-cv-259 | Rothschild Location Technologies LLC v. Spireon, Inc. |
| 6:15-cv-260 | Rothschild Location Technologies LLC v. Glympse Inc. |
| 6:15-cv-261 | Rothschild Location Technologies LLC v. Lyft, Inc. |

The following styled and numbered causes are hereby **REFERRED** to United States Magistrate Judge K. Nicole Mitchell to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

| Civil Case Referred to U.S. Magistrate Judge Mitchell ||
|---|---|
| 6:10-cv-523 | SFA Systems, LLC v. Blockbuster Inc. |
| 6:12-cv-968 | Uniloc Luxembourg A.A. v. Corel Inc. |
| 6:12-cv-972 | Uniloc Luxembourg S.A. v. PerkinElmer, Inc. |
| 6:14-cv-930 | Secured Structures, LLC v. Alarm Security Group, LLC |
| 6:14-cv-931 | Secured Structures, LLC v. Central Security Group - Nationwide, Inc. |
| 6:14-cv-932 | Secured Structures, LLC v. CPI Security Systems, Inc. |
| 6:14-cv-934 | Secured Structures, LLC v. Drive Thru Technology Inc. |
| 6:14-cv-935 | Secured Structures, LLC v. Electric Guard Dog, LLC |
| 6:14-cv-936 | Secured Structures, LLC v. G4S Technology LLC |
| 6:14-cv-937 | Secured Structures, LLC v. Guardian Protection Services, Inc. |
| 6:14-cv-938 | Secured Structures, LLC v. Interface Security Systems, L.L.C. |
| 6:14-cv-939 | Secured Structures, LLC v. Kastle Systems LLC et al |
| 6:14-cv-940 | Secured Structures, LLC v. Monitronics International, Inc. |

| | |
|---|---|
| 6:14-cv-941 | Secured Structures, LLC v. Protection One Alarm Monitoring, Inc. |
| 6:14-cv-944 | Secured Structures, LLC v. Vector Security, Inc. |
| 6:15-cv-208 | Secure Axcess L.L.C. v. HP Enterprise Services, LLC |
| 6:15-cv-209 | Secure Axcess L.L.C. v. NEC Cloud Communications America, Inc. |
| 6:15-cv-210 | Secure Axcess L.L.C. v. Dimension Data Cloud Solutions, Inc. |
| 6:15-cv-211 | Secure Axcess L.L.C. v. Ericsson Inc. |
| 6:15-cv-212 | Secure Axcess L.L.C. v. Fujitsu Network Communications, Inc. |
| 6:15-cv-235 | Secure Axcess L.L.C. v. Dell, Inc. et al |

**SIGNED this 26th day of May, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE